■ PATRICIA STERRY, Respondent, v CENTRO NP, LLC, Appellant and Third-Party Plaintiff. JP TRUCKING, INC., Third-Party Defendant. [938 NYS2d 494]

Present—Centra, J.P., Fahey, Peradotto, Carni and Martoche, JJ.